UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

CLAUDIUS ENGLISH,

Defendant.

**ORDER**

18 Cr. 492 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the following schedule will apply to the Defendant's post-trial motions:

1. Defendant's motions are due by **August 12, 2019**;
2. The Government's opposition papers are due by **September 12, 2019**;
3. Defendant's reply papers, if any, are due by **September 26, 2019**.

It is further ORDERED that the Defendant's sentencing will take place on **October 10, 2019** in Courtroom 705 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. Any submissions on behalf of the Defendant are due by **September 26, 2019**. The Government's submission is due by **October 3, 2019**.

It is further ORDERED that the Probation Department prepare a presentence investigation report for Defendant English.

Dated: New York, New York
       June 10, 2019

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge