UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

CLAUDIUS ENGLISH,

Defendant.

**ORDER**

18 Cr. 492 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the Defendant's sentencing, previously scheduled for December 18, 2019, will now take place on **February 12, 2020 at 4:00 p.m.** in Courtroom 705 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. Any submissions on behalf of the Defendant are now due by **January 3, 2020**. The Government's submission is now due by **January 10, 2020**.

Dated: New York, New York
December 5, 2019

SO ORDERED.

Paul G. Gardephe
United States District Judge