# JAMES E. NEUMAN, P.C.

Attorney at Law
100 Lafayette Street – Suite 501
New York, New York 10013

TEL 212-966-5612
FAX 646-651-4559
www.jamesneuman.com
james@jamesneuman.com

January 15, 2020

**MEMO ENDORSED**

*Sentencing is adjourned to March 6, 2020 at 3:00. Defense submissions are due by Feb. 21, 2020. Government submission is due February 28, 2020.*

SO ORDERED:

/s/ Paul G. Gardephe
Paul G. Gardephe, U.S.D.J.
Date: Jan. 16, 2020

BY ECF
Hon. Paul G. Gardephe
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

Re: *United States v English,* 18 Cr. 492 (PGG)

Your Honor:

    This letter is submitted to request permission for the defense to file our sentencing memorandum on or before February 5, 2020. As this Court may recall, sentencing was previously postponed until February 12, 2020, so that the defense could arrange for a psychologist to evaluate Mr. English. Yesterday, the psychologist informed me that, due to his own scheduling issues, he cannot provide a completed report until February 3, 2010. Assuming he completes his report on that date, I would be able to file the defense sentencing submission on February 5th. I have conferred with AUSA Ni Qian, and she informed me that the government consents provided that they could file a reply, if necessary, by February 10th. Under this approach, the current sentencing date would remain on February 12th.

    Should this Court prefer to receive all submissions in more time prior to sentencing, we suggest as an alternative that the sentencing date be postponed one week or more, with the understanding that the defense submission would be due two weeks before any sentencing date chosen by this Court.

Respectfully submitted,

_____s/s_____
James E. Neuman