UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

CLAUDIUS ENGLISH,

Defendant.

**ORDER**

18 Cr. 492 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the sentencing of Defendant English, previously scheduled for October 19, 2020, will now take place on **November 25, 2020 at 4:00 p.m.** in Courtroom 705 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       September 29, 2020

SO ORDERED.

Paul G. Gardephe
United States District Judge