UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

CLAUDIUS ENGLISH,

Defendant.

**ORDER**

18 Cr. 492 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The sentencing of Defendant Claudius English, previously scheduled for January

8, 2021, will now take place on **February 3, 2021 at 12:00 p.m.** in Courtroom 705 of the

Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

Dated:  New York, New York
        December 21, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge