UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

CLAUDIUS ENGLISH,

                Defendant.

**ORDER**

18 Cr. 492 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The sentencing of Defendant Claudius English will take place on **February 3, 2021 at 12:00 p.m.**  With Defendant's consent, the sentencing will take place by telephone.

        By **January 19, 2021**, the Government will file a proposed order of restitution, along with a letter justifying the amounts the Government seeks.  If Defendant objects to the Government's proposed order of restitution, he will file an opposition letter by **January 26, 2021**.

        With respect to the February 3, 2021 sentencing, the parties are directed to dial 888-363-4749 to participate, and to enter the access code 6212642.  The press and public may obtain access to the telephone hearing by dialing the same number and using the same access code.  The Court is holding multiple telephone conferences on this date.  The parties should call in at the scheduled time and wait on the line for their case to be called.  At that time, the Court will un-mute the parties' lines.  Two days before the sentencing hearing, the parties must email Michael_Ruocco@nysd.uscourts.gov and GardepheNYSDChambers@nysd.uscourts.gov with the phone numbers that the parties

2

will be using to dial into the hearing so that the Court knows which numbers to un-mute.

The email should include the case name and case number in the subject line.

Dated: New York, New York
January 4, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge